IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-02452-CMA-MJW

GWEN MILLER,

    Plaintiff,

v.

NATIONAL ACTION FINANCIAL SERVICES, INC., a Georgia corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

The Court having reviewed the parties' Stipulation of Dismissal With Prejudice (Doc. # 12) pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and being fully advised in the premises, hereby ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

    DATED: February __27__, 2009

                                             BY THE COURT:

                                             _____
                                             CHRISTINE M. ARGUELLO
                                             United States District Judge